In the Matter of GEORGE MIHALE et al., Respondents, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 22, 1952; decided March 13, 1952.

*Alvin McKinley Sylvester* and *William Hoppen* for appellants.
*Louis J. Lefkowitz* and *Hyman D. Siegel* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.